UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOCARRA MCMULLIN,

    Plaintiff,

v.

Case No. 24-cv-11801
Hon. Matthew F. Leitman

WAYNE COUNTY, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING PERSONAL ATTENDANCE AT MEDIATION

The Court understands that the parties set aside three days for mediation before Judge Victoria A. Roberts (Ret.). Two days of settlement discussion occurred, on May 14 and 15, 2025. The third is set for Wednesday, June 18, 2025.

The Court **ORDERS** that the parties and counsel appear on **Wednesday, June 18, 2025, at 9:30am** as follows:

1. For Plaintiff Tocarra McMullin, the Court orders that Cary McGehee appear with Tocarra McMullin.

2. For Defendant Wayne County, the Court orders that Melvin "Butch" Hollowell and Angela Baldwin appear with Wayne County Corporation Counsel James Heath and Wayne County Executive Warren Evans.

3. For Defendant State of Michigan, the Court orders that Toni Harris and Neil Giovanatti appear with Mary Brennan, Director of the Children's

Services Legal Division in the Michigan Department of Health and Human Services Bureau of Legal Affairs.

These attorneys and clients must appear as requested by Judge Roberts on that date and until Judge Roberts issues her final status report on medication results to the Court.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  June 12, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126