UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOCARRA MCMULLIN,

    Plaintiff,

v.

Case No. 24-cv-11801
Hon. Matthew F. Leitman

WAYNE COUNTY, *et al.*,

    Defendants.
_____/

### ORDER GRANTING (1) DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION (ECF No. 46) AND (2) DEFENDANTS' MOTION TO PARTIALLY VACATE CERTAIN PERSONAL ATTENDANCE AT THE JUNE 18, 2025, MEDIATION (ECF No. 45)

On June 12, 2025, the Court issued an order requiring the personal attendance of certain parties and counsel at a mediation session scheduled for June 18, 2025, before Judge Victoria A. Roberts (Ret.). (*See* Order, ECF No. 44.) On June 16, 2025, Defendants Wayne County, Warren Evans, Assad Turfe, Mellissa Fernandez, Brandon Barber, and Kirpheous Stewart (the "Wayne County Defendants") filed (1) a motion to partially vacate the Court's June 12 order and (2) a motion for expedited consideration. (*See* Mots., ECF Nos. 45, 46.)  The Court held a hearing on the motions on June 17, 2025.  For the reasons explained on the record during the motion hearing, the motions are **GRANTED** as follows:

- Attorney Angela Baldwin is excused from appearing at the mediation; and

1

- Given the Wayne County Defendants' representations that (1) Wayne County Corporation Counsel James Heath has full settlement authority and will be attending the mediation in person and (2) Wayne County Executive Warren Evans will be reasonably available by phone during the mediation to speak with Judge Roberts if Judge Roberts wishes to speak with him, Mr. Evans is excused from attending the mediation in person.
- In all other respects, the Court's June 12 order remains in full force and effect.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126