UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOCARRA MCMULLIN,

    Plaintiff,

v.

Case No. 24-cv-11801
Hon. Matthew F. Leitman

WAYNE COUNTY, *et al.*,

    Defendants.

_____/

**ORDER (1) GRANTING PLAINTIFF'S AMENDED MOTION TO APPROVE SETTLEMENT OF CLAIMS OF MINOR T.M., APPROVAL OF ATTORNEY FEES AND COSTS, AND DISTRIBUTION OF THE PROCEEDS (ECF No. 59) AND (2) TERMINATING AS MOOT PLAINTIFF'S MOTION TO APPOINT GUARDIAN AD LITEM (ECF No. 53)**

For the reasons stated on the record on Friday, September 26, 2025, **IT IS HEREBY ORDERED** as follows:

(1) Plaintiff's Amended Motion to Approve Settlement of Claims of Minor T.M., Approval of Attorney Fees and Costs, and Distribution of the Proceeds (ECF No. 59) is **GRANTED**.

(2) The settlement of this action as reflected in the Settlement Agreement and Release (*see* ECF No. 59-2) is **APPROVED**.

(3) In connection with the approval of the settlement, the Court approves the following settlement terms (*see* ECF No. 59, PageID.951):

1

    a. Gross settlement in the amount of $2,000,000, with Wayne County paying $1,350,000 along with the costs of mediation, and MDHHS paying $650,000 into an escrow account established by Plaintiff's counsel;

    b. Attorney fees and expenses payable to Pitt McGehee P.C. pursuant to its 1/3 contingency fee in the amount of $702,943.06;

    c. The remaining net proceeds of **$1,297,056.94**, are irrevocably assigned to Advocacy, Inc., nominated trustee of the T.M. First-Party Special Needs Trust upon its approval and appointment by the Oakland County Probate Court.

(4) The Plaintiff's Motion to Appoint Guardian ad Litem (ECF No. 53) is **TERMINATED AS MOOT.**

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126